# United States District Court
## Southern District of Georgia

KHAMANI LODGE,

    Plaintiff,

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: CV 118-182

SANDRA ALLEN and SANDRA DESHAIZER,

    Defendants.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, pursuant to the Order dated March 12, 2020, this case is DISMISSED without prejudice due to Plaintiff's failure to file an amended complaint as directed by this Court. This civil action stands CLOSED.

03/12/2020
*Date*

Scott L. Poff
*Clerk*

*Jamie Hodge*
*(By) Deputy Clerk*